**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


IN RE ROTAVIRUS VACCINES   : CIVIL ACTION
ANTITRUST LITIGATION    :
            : NO. 18-CV-1734 (Consolidated)


## ORDER


  AND NOW, this 22nd day of January, 2019, upon consideration of the Motion of Defendant Merck Sharp & Dohme Corp. to Compel Individual Arbitration and Stay Proceedings (Doc. Nos. 21 and 23) and Plaintiffs' Response in Opposition thereto, it is hereby ORDERED that the Motion is DENIED for the reasons set forth in the preceding Memorandum Opinion.


        BY THE COURT:




        s/J. Curtis Joyner
        J. CURTIS JOYNER,   J.