# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE ROTAVIRUS VACCINES ANTITRUST LITIGATION | No. 2:18-cv-1734-JCJ (consolidated) |
|---|---|

## STIPULATION AND [PROPOSED] ORDER TO EXTEND SCHEDULE FOR LIMITED DISCOVERY ON THE ARBITRABILITY OF PLAINTIFFS' CLAIMS

In light of the continuing public health crisis relating to the coronavirus (COVID-19) pandemic, Merck has requested, and Plaintiffs have agreed to, a brief extension of time to complete the limited discovery on the arbitrability of Plaintiffs' claims.

(1) The parties have agreed to extend the current deadlines, as follows:

    a. Discovery on arbitrability of Plaintiffs' claims shall be completed by **June 19, 2020**.

    b. Defendant's motion to compel arbitration shall be filed by **July 3, 2020**.

    c. Plaintiffs' opposition shall be filed by **August 14, 2020**.

    d. Defendant's reply shall be filed by **September 11, 2020**.

(2) Plaintiffs have indicated that they intend to file a cross-motion for summary judgment on the arbitrability of Plaintiffs' claims. Any such cross-motion shall be filed on July 3, 2020, with Defendant's opposition due August 14, 2020, and Plaintiffs' reply due September 11, 2020.

(3) No party shall seek further extensions of the schedule absent good cause. Good cause shall not include the inability to take depositions in person.

| | |
|---|---|
| Dated: May 1, 2020 | Respectfully submitted, |
| /s/ Daniel J. Walker | /s/ Lisa C. Dykstra |
| BERGER MONTAGUE PC | Lisa C. Dykstra |
| | MORGAN, LEWIS & BOCKIUS LLP |
| Eric L. Cramer | 1701 Market St. |
| Zachary D. Caplan | Philadelphia, PA 19103 |
| 1818 Market St., Suite 3600 | Telephone: (215) 963-5000 |
| Philadelphia, PA 19103 | |
| Tel: (215) 875-3000 | Ashley E. Bass |
| Fax: (215) 875-4604 | Andrew D. Lazerow |
| ecramer@bm.net | COVINGTON & BURLING LLP |
| zcaplan@bm.net | One CityCenter |
| | 850 Tenth Street, NW |
| Daniel J. Walker | Washington, DC 20001 |
| 2001 Pennsylvania Ave, NW, Suite 300 | Telephone: (202) 662-6000 |
| Washington, DC 20006 | abass@cov.com |
| Tel: (202) 559-9745 | |
| dwalker@bm.net | *Attorneys for Defendant Merck, Sharp & Dohme Corp.* |

*Interim Co-Lead and Liaison Counsel for the Proposed Class*

COHEN MILSTEIN SELLERS & TOLL PLLC

Daniel A. Small
Daniel H. Silverman
1100 New York Ave., N.W.
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
dsmall@cohenmilstein.com
dsilverman@cohenmilstein.com

Gary L. Azorsky
1717 Arch St., Suite 3610
Philadelphia, PA 19103
Tel: (267) 479-5700
gazorsky@cohenmilstein.com

*Interim Co-Lead Counsel for the Proposed Class*

NUSSBAUM LAW GROUP PC
Linda P. Nussbaum
Bart D. Cohen
1211 Avenue of the Americas, 40th Fl.
New York, NY 10036
Tel: (917) 438-9102
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com

HAUSFELD LLP
Brent W. Landau
Gary I. Smith, Jr.
Tamara Freilich
325 Chestnut St., Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
blandau@hausfeld.com
gsmith@hausfeld.com
tfreilich@hausfeld.com

GAVIN LAW LLC
Michael J. Gavin
855 Hillsdale Rd.
West Chester, PA 19382
Tel: (610) 918-7271
mgavin@gavinlaw.net

EDELSON & ASSOCIATES, LLC
Marc H. Edelson
3 Terry Dr., Suite 205
Newtown, PA 18940
Tel: (215) 867-2399
medelson@edelson-law.com

GRABAR LAW OFFICE
Joshua Grabar
BNY Mellon Center
1735 Market St., Suite 3750
Philadelphia, PA 19103
jgrabar@grabarlaw.com

*Additional Counsel for the Proposed Class*

SO ORDERED BY THE COURT:

s/ J. Curtis Joyner

The Honorable J. Curtis Joyner

05/04/2020

Date