IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ROTAVIRUS VACCINES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:18-cv-1734-JCJ (consolidated) |

**PLAINTIFFS' NOTICE OF FILING UNDER SEAL**

Plaintiffs Margiotti & Kroll Pediatrics, P.C., Schwartz Pediatrics, S.C., and Sugartown Pediatrics, LLC ("Plaintiffs"), on behalf of themselves and a class of similarly situated direct purchasers, hereby give notice that the following documents were filed under seal pursuant to the procedures in the Stipulated Protective Order (ECF No. 81): (1) Plaintiffs' Motion for Summary Judgment as to Arbitrability; (2) Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Summary Judgment as to Arbitrability; (3) Plaintiffs' Statement of Undisputed Material Facts; (4) the Declaration of Daniel H. Silverman and the exhibits thereto; and (5) Plaintiffs' [Proposed] Order Granting Plaintiffs' Motion for Summary Judgment as to Arbitrability. Pursuant to the Stipulated Protective Order, unredacted versions have been served on counsel for the Defendant, and public versions, including any necessary redactions, will be filed within 7 days.

| | |
|---|---|
| Dated: July 6, 2020 | Respectfully submitted,<br><br>*/s/ David A. Langer*<br><br>BERGER MONTAGUE PC<br><br>Eric L. Cramer (PA ID 69289)<br>David A. Langer<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>Fax: (215) 875-4604<br>ecramer@bm.net<br>dlanger@bm.net<br><br>Daniel J. Walker<br>2001 Pennsylvania Avenue, N.W.<br>Suite 300<br>Washington, DC 20006<br>Tel: (202) 559-9745<br>dwalker@bm.net<br><br>COHEN MILSTEIN SELLERS<br>& TOLL PLLC<br><br>Daniel A. Small<br>Daniel H. Silverman<br>Leonardo Chingcuanco<br>1100 New York Avenue, N.W.<br>Suite 500<br>Washington, DC 20005<br>Tel: (202) 408-4600<br>Fax: (202) 408-4699<br>dsmall@cohenmilstein.com<br>dsilverman@cohenmilstein.com<br>lchingcuanco@cohenmilstein.com<br><br>Gary L. Azorsky<br>1717 Arch Street, Suite 3610<br>Philadelphia, PA 19103<br>Tel: (267) 479-5700<br>gazorsky@cohenmilstein.com<br><br>*Counsel for Plaintiffs and Interim Co-Lead Counsel for the Proposed Class* |

HAUSFELD LLP
Brent W. Landau
Gary I. Smith
Tamara Freilich
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
blandau@hausfeld.com
gsmith@hausfeld.com
tfreilich@hausfeld.com

NUSSBAUM LAW GROUP, P.C.
Linda P. Nussbaum
Bart. D. Cohen
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Tel: (917) 438-9102
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com

GAVIN LAW LLC
Michael Gavin
855 Hillsdale Road
West Chester, PA 19382
Tel: (610) 918-7271
mgavin@gavinlaw.net

EDELSON & ASSOCIATES, LLC
Marc H. Edelson
3 Terry Drive Suite 205
Newtown, PA 18940
Tel: (215) 867-2399
medelson@edelson-law.com

*Additional Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020, the foregoing document was filed via ECF, which caused a copy of this filing to be sent via electronic mail to counsel of record.

                                                */s/ David A. Langer*
                                                   David A. Langer