# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ROTAVIRUS VACCINES ANTITRUST LITIGATION | No. 2:18-cv-01734-JCJ (consolidated) |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____, 2020, upon consideration of Defendant Merck Sharp & Dohme Corp. ("Merck")'s Motion to Seal its Renewed Motion to Compel Individual Arbitration and Stay Proceedings, including Merck's Memorandum in Support, Statement of Undisputed Material Facts, and any accompanying declarations and exhibits containing Protected Material, it is ORDERED that the Motion to Seal is GRANTED. **SO ORDERED.**

BY THE COURT:

_____
J. CURTIS JOYNER, J.