IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE ROTAVIRUS VACCINES : CIVIL ACTION
ANTITRUST LITIGATION :
: NO. 18-CV-1734 (Consolidated)

**O R D E R**

AND NOW, this 7th day of July, 2020, upon consideration of the Motion of Defendant Merck, Sharp & Dohme Corp. to Seal its Renewed Motion to Compel Individual Arbitration and Stay Proceedings (Doc. No. 88), together with any and all supporting documents and/or attachments including Merck's Memorandum in Support, Statement of Undisputed Material Facts, and any accompanying declarations and exhibits containing protected material, it is hereby ORDERED that the Motion to Seal is GRANTED.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER, J.