IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE ROTAVIRUS VACCINES       :   CIVIL ACTION
ANTITRUST LITIGATION           :
                               :   NO. 18-CV-1734 (Consolidated)

**O R D E R**

AND NOW, this 20th day of November, 2020, upon consideration of the Motion of Defendant Merck Sharp & Dohme Corporation to Compel Individual Arbitration and Stay Proceedings (Doc. No. 91) and Plaintiffs' Motion for Summary Judgment as to Arbitrability (Doc. No. 94) and the Parties' Respective Replies and Sur-Replies in response thereto, it is hereby ORDERED that the Motion to Compel Arbitration and Stay Proceedings is DENIED and the Motion for Summary Judgment as to Arbitrability is GRANTED for the reasons outlined in the preceding Memorandum Opinion.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER,    J.