UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ROTAVIRUS VACCINES ANTITRUST LITIGATION | No. 2:18-cv-01734-JCJ (consolidated) |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Defendant Merck Sharp & Dohme Corp. ("Merck") in the above named case appeals to the United States Court of Appeals for the Third Circuit from the District Court's Memorandum and Order (ECF Nos. 111 and 112), entered on November 20, 2020, denying Defendant's Motion to Compel Individual Arbitration and Stay Proceedings (ECF No. 91) and granting Plaintiffs' Motion for Summary Judgment as to Arbitrability (ECF No. 94).

Dated: December 4, 2020

By: */s/* Lisa C. Dykstra
Lisa C. Dykstra
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103
Tel: (215) 963-5000
lisa.dykstra@morganlewis.com

Andrew Lazerow (*admitted pro hac vice*)
Ashley Bass (*admitted pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000
alazerow@cov.com
abass@cov.com

*Attorneys for Defendant*
*Merck Sharp & Dohme Corp.*

## CERTIFICATE OF SERVICE

I, Lisa C. Dykstra, hereby certify that on December 4, 2020, I electronically filed the foregoing Notice of Appeal using the CM/ECF system, which will send notification of such filing to all parties of record.

*/s/* Lisa C. Dykstra