# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ROTAVIRUS VACCINES ANTITRUST LITIGATION | No. 2:18-cv-01734-GAM (consolidated) |

# ORDER

This 1st day of July, 2022, pursuant to the Third Circuit's opinion, dated March 21, 2022, and Mandate, dated June 6, 2022, it is hereby **ORDERED** that the above-captioned case is **STAYED** in favor of arbitration of plaintiffs' claims.

BY THE COURT:

/s/ Gerald Austin McHugh
GERALD A. MCHUGH, J.