UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ROTAVIRUS VACCINES ANTITRUST LITIGATION | No. 2:18-cv-01734 (consolidated) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Sugartown Pediatrics, LLC ("Sugartown"), Schwartz Pediatrics S.C. ("Schwartz"), and Margiotti & Kroll Pediatrics, P.C. ("M&K") hereby give notice that this action is voluntarily dismissed. Defendant Merck Sharpe & Dohme Corp. has not served an answer or motion for summary judgment in this action.[1] Accordingly, Plaintiffs notice voluntary dismissal of this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: February 7, 2023

Respectfully submitted,

/s/ Daniel H. Silverman

COHEN MILSTEIN SELLERS
& TOLL PLLC

Daniel A. Small
Daniel H. Silverman
Leonardo Chingcuanco
1100 New York Avenue, N.W.
Suite 500
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
dsmall@cohenmilstein.com
dsilverman@cohenmilstein.com
lchingcuanco@cohenmilstein.com

---

[1] A motion to compel arbitration and stay proceedings is not the equivalent of an answer or a motion for summary judgment. *Hamilton v. Shearson-Lehman Am. Exp., Inc.*, 813 F.2d 1532, 1534 (9th Cir. 1987); *see also Rife v. McElwee-Courbis Const. Co.*, 16 F.R.D. 11, 13 (M.D. Pa. 1954).

Gary L. Azorsky
1717 Arch Street, Suite 3610
Philadelphia, PA 19103
Tel: (267) 479-5700
gazorsky@cohenmilstein.com


BERGER MONTAGUE PC

Eric L. Cramer (PA ID 69289)
David A. Langer
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
ecramer@bm.net
dlanger@bm.net

Daniel J. Walker
2001 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006
Tel: (202) 559-9745
dwalker@bm.net

*Counsel for Plaintiffs and Interim Co-Lead Counsel for the Proposed Class*


HAUSFELD LLP
Brent W. Landau
Gary I. Smith
Tamara Freilich
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
blandau@hausfeld.com
gsmith@hausfeld.com
tfreilich@hausfeld.com

NUSSBAUM LAW GROUP, P.C.
Linda P. Nussbaum
Bart. D. Cohen
1211 Avenue of the Americas, 40th Floor
New York, NY 10036

Tel: (917) 438-9102
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com

GAVIN LAW LLC
Michael Gavin
855 Hillsdale Road
West Chester, PA 19382
Tel: (610) 918-7271
mgavin@gavinlaw.net

EDELSON & ASSOCIATES, LLC
Marc H. Edelson
3 Terry Drive Suite 205
Newtown, PA 18940
Tel: (215) 867-2399
medelson@edelson-law.com

*Additional Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 7, 2023, the foregoing document was filed electronically and is available for viewing and downloading from the ECF system. Counsel of record was served via ECF.

                                        /s/ Daniel H. Silverman
                                        Daniel H. Silverman